IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       2:94cr62-T
DONALD MINEFIELD            )          (WO)
```

## ORDER

Upon consideration of defendant Donald Minefield's notice of appeal (Doc. No. 1840), and after an independent and de novo review of the record, it is ORDERED that the order of the United States Magistrate Judge at issue is affirmed.

DONE, this the 11th day of May, 2005.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE