IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL ACTION NO.
                              )       2:94cr62-T
DONALD MINEFIELD              )          (WO)

## ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Donald Minefield's objections (Doc. No. 1853) are denied.

(2) The United States Magistrate Judge's recommendation (Doc. No. 1849) is adopted.

(3) Defendant Minefield's petition for return of property (Doc. No. 1817) is denied.

DONE, this the 18th day of July, 2005.


　　　/s/ Myron H. Thompson　　
UNITED STATES DISTRICT JUDGE