IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v.                        )   CRIMINAL ACTION NO.
                              )      2:94cr62-MHT
DONALD MINEFIELD, a/k/a       )         (WO)
DONALD MINNIFIELD             )
```

OPINION

Pursuant to 18 U.S.C. § 3582(c)(2), defendant Donald Minefield, a federal inmate, filed a motion seeking a sentence reduction.  The motion is now before the court on the recommendation of the United States Magistrate Judge that the motion be denied.  Also before the court are Minefield's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that Minefield's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of December, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**