IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:94cr62-MHT |
| DONALD MINEFIELD, a/k/a | ) | (WO) |
| DONALD MINNIFIELD | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Donald Minefield's objections (Doc. No. 1935) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 1930) is adopted.

(3) Defendant Minefield's 18 U.S.C. § 3582(c)(2) motion to reduce sentence (Doc. No. 1909) is denied.

DONE, this the 7th day of December, 2007.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE