IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| v.    ) | **2:94cr62-MHT** |
| ) | **(WO)** |
| **DONALD MINEFIELD, a/k/a** ) | |
| **DONALD MINNIFIELD** ) | |

**JUDGMENT**

Because defendant Donald Minefield (also known as Donald Minnifield) is clearly not entitled to relief and because it appears that he is now deceased, it is ORDERED that defendant's motion for a sentence reduction (doc. no. 2099) is denied.

It is further ORDERED that defendant's incorporated motion for appointment of counsel (doc. no. 2099) is denied as moot.

DONE, this the 9th day of March, 2017.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**